677 A.2d 1128

IN THE MATTER OF MARTIN A. GENDEL,
AN ATTORNEY AT LAW.

July 10, 1996.

### ORDER

The Disciplinary Review Board having on March 7, 1996, filed with the Court its decision concluding that **MARTIN A. GENDEL** of **PATERSON,** who was admitted to the bar of this State in 1972, should be suspended from the practice of law for a period of three

months for violation of *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate), *RPC* 1.7 (conflict of interest), *RPC* 1.15 (failure to release escrow funds promptly), *RPC* 1.16(b) (failure to cooperate with ethics authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **MARTIN A. GENDEL** is hereby suspended from practice for a period of three months, effective August 5, 1996, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.